1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2    Including Professional Corporations
   PETER S. HECKER, Cal. Bar No. 66159
3  phecker@sheppardmullin.com
   4 Embarcadero, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
7    Including Professional Corporations
   JAMES J. MITTERMILLER, Cal. Bar No. 85177
8  jmittermiller@sheppardmullin.com
   501 West Broadway, 19th Floor
9  San Diego, CA 92101-3598
   Telephone:    619.338.6500
10 Facsimile:    619.234.3815

11 Attorneys for Defendant PALM, INC. and
   Specially Appearing Defendant SPRINT NEXTEL CORP.

12                    UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14
   Jason Standiford, an individual, on behalf of        Case No. C09-05719 JW (PVT)
15 himself and all others similarly situated,
                                                        [Complaint Filed:  Dec. 4, 2009]
16                     Plaintiff,
                                                        **STIPULATION TO EXTEND TIME
17        v.                                            WITHIN WHICH TO ANSWER OR
                                                        OTHERWISE RESPOND TO THE
18 PALM, INC., a Delaware corporation, and             COMPLAINT**
   SPRINT NEXTEL CORP., a Kansas
19 corporation and DOES 1 – 50, inclusive,             *[Northern District Local Rule 6-1(a)]*

20                     Defendants.                      Trial Date:     None Set

21

22             TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR

23 ATTORNEYS OF RECORD:

24             Pursuant to Northern District of California Local Rule 6-1(a), plaintiff Jason

25 Standiford, on the one hand, and defendant Palm, Inc. and specially appearing defendant Sprint

26 Nextel Corp. (collectively "defendants") on the other hand, by and through their respective counsel,

27 hereby stipulate and agree that defendants' time within which to answer, move or otherwise plead

28

                                           -1-

GRANTED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

2/11/2010

1 | with respect to the Complaint on file in this action shall be extended to and including

2 | February 10, 2010.

3 |        The parties have not previously stipulated to an extension of defendants' time within

4 | which to respond to the Complaint in this action.

5 |        THE PARTIES HEREBY SO STIPULATE.

6 |

7 | Dated: January 29, 2010                  EDELSON McGUIRE, LLC
                                         PARISI & HAVENS, LLP

8 |

9 |

10 |                              By       /s/ Michael J. Aschenbrener
                                 MICHAEL J. ASCHENBRENER

11 |                                   Attorneys for Plaintiff
                                  JASON STANDIFORD

12 |

13 |

14 | Dated: January 29, 2010                  SHEPPARD, MULLIN, RICHTER &
                                        HAMPTON LLP

15 |

16 |

17 |                              By       /s/ Peter S. Hecker
                                 PETER S. HECKER

18 |                                 Attorneys for Defendant PALM, INC.
                                and Specially Appearing Defendant

19 |                                 SPRINT NEXTEL CORP.

20 |

21 |              ATTESTATION PURSUANT TO GENERAL ORDER 45

22 | Pursuant to General Order No. 45 § X(B), I attest that concurrence in the filing of this document has

23 | been obtained from each of the other signatories listed above.

24 | January 29, 2010                         By       /s/ Peter S. Hecker
                                 PETER S. HECKER

25 |

26 |

27 |

28 |

-2-