| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
|   | PETER S. HECKER, Cal. Bar No. 66159 |
| 3 | phecker@sheppardmullin.com |
|   | 4 Embarcadero, 17th Floor |
| 4 | San Francisco, California  94111-4109 |
|   | Telephone:     415.434.9100 |
| 5 | Facsimile:      415.434.3947 |
| 6 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   |   A Limited Liability Partnership |
| 7 |   Including Professional Corporations |
|   | JAMES J. MITTERMILLER, Cal. Bar No. 85177 |
| 8 | jmittermiller@sheppardmullin.com |
|   | 501 West Broadway, 19th Floor |
| 9 | San Diego, CA 92101-3598 |
|   | Telephone:     619.338.6500 |
| 10 | Facsimile:      619.234.3815 |
| 11 | Attorneys for Defendant PALM, INC. and |
|    | Specially Appearing Defendant SPRINT NEXTEL CORP. |

*GRANTED — Judge James Ware — 2/11/2010*
(United States District Court, Northern District of California — seal)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Jason Standiford, an individual, on behalf of himself and all others similarly situated, | Case No. C09-05719 JW (PVT) |
| Plaintiff, | [Complaint Filed:  Dec. 4, 2009] |
| v. | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| PALM, INC., a Delaware corporation, and SPRINT NEXTEL CORP., a Kansas corporation and DOES 1 – 50, inclusive, | *[Northern District Local Rule 6-1(a)]* |
| Defendants. | Trial Date:     None Set |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Pursuant to Northern District of California Local Rule 6-1(a), plaintiff Jason Standiford, on the one hand, and defendant Palm, Inc. and specially appearing defendant Sprint Nextel Corp. (collectively "defendants") on the other hand, by and through their respective counsel, hereby stipulate and agree that defendants' time within which to answer, move or otherwise plead

-1-

1  with respect to the Complaint on file in this action shall be extended to and including
2  February 10, 2010.
3        The parties have not previously stipulated to an extension of defendants' time within
4  which to respond to the Complaint in this action.
5        THE PARTIES HEREBY SO STIPULATE.

7  Dated: January 29, 2010                         EDELSON McGUIRE, LLC
                                                   PARISI & HAVENS, LLP

                                          By   /s/ Michael J. Aschenbrener
                                                 MICHAEL J. ASCHENBRENER

                                                    Attorneys for Plaintiff
                                                    JASON STANDIFORD

14  Dated: January 29, 2010                        SHEPPARD, MULLIN, RICHTER &
                                                          HAMPTON LLP

                                          By         /s/ Peter S. Hecker
                                                      PETER S. HECKER

                                                Attorneys for Defendant PALM, INC.
                                                 and Specially Appearing Defendant
                                                      SPRINT NEXTEL CORP.

21                ATTESTATION PURSUANT TO GENERAL ORDER 45
22  Pursuant to General Order No. 45 § X(B), I attest that concurrence in the filing of this document has
23  been obtained from each of the other signatories listed above.
24  January 29, 2010                       By         /s/ Peter S. Hecker
                                                       PETER S. HECKER

-2-