DAVID PARISI - SBN 162248
dcparisi@parisihavens.com
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299

JAY EDELSON
jedelson@edelson.com
MICHAEL J. ASCHENBRENER
maschenbrener@edelson.com
BENJAMIN H. RICHMAN
brichman@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*3/12/2010*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JASON STANDIFORD, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware corporation, and SPRINT SPECTRUM L.P., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 09-cv-5719-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARCH 29, 2010 CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: December 4, 2009 |

Pursuant to Local Rule 6-2, Plaintiff Jason Standiford ("Plaintiff" or "Mr. Standiford"), Defendant Palm, Inc. ("Palm") and Defendant Sprint Spectrum L.P. ("Sprint") (collectively, "the Parties") hereby stipulate and agree as follows:

1. A Case Management Conference ("CMC") is scheduled for March 29, 2010 at 10:00 a.m. before Judge Ware.

2. The Parties request that this CMC be continued for sixty (60) days, or until after May 28, 2010 to give the parties the opportunity to continue settlement discussions.

3. Plaintiff filed his complaint on December 4, 2009.  (Dkt. 1).

4. This is the Parties' first request for an extension of time concerning the March 29, 2010 CMC.

5. Concerning other matters in the case, on January 29, 2010, the Parties stipulated to extend Defendants' time to respond to the complaint to February 10, 2010.  (Dkt. 14).  The Court entered the order on February 11, 2010.  (Dkt. 18).

6. On February 11, 2010, the Parties stipulated to substitute the originally, but erroneously named Sprint Nextel Corp. for Sprint Spectrum L.P. on February 11, 2010.  This stipulation also provided Defendants until February 12, 2010 to respond to the Complaint.  (Dkt. 17).  The Court entered the stipulation on February 17, 2010.  (Dkt. 21).

7. Defendants answered the Complaint on February 12, 2010.  (Dkt. 19).

8. On March 4, 2010, the Parties met in person to discuss the possibility of settlement. The Parties agree that the discussions were sufficiently productive to warrant further settlement discussions and wish to engage in those further discussions.

//
//
//
//
//
//

1  Dated:  March 10, 2010                EDELSON MCGUIRE, LLC

2                                        By: s/ Michael J. Aschenbrener
3                                            MICHAEL J. ASCHENBRENER

4                                        Attorneys for Plaintiff

5

6  Dated:  March 10, 2010                SHEPPARD MULLIN RICHTER & MULLIN LLP

7                                        By: s/ Neil A.F. Popovic
                                             NEIL A.F. POPOVIC
8
                                         Attorneys for Defendant Palm, Inc., Defendant
9                                        Sprint Spectrum L.P.

10

11

12 **IT IS SO ORDERED AS MODIFIED**:

13 The March 29, 2010 Case Management Conference is hereby continued to **April 26, 2010 at 10:00 AM.** On or before **April 16, 2010,** the parties shall file a Joint Case management Conference Statement. The statement shall include an update on the parties settlement efforts and a good faith discovery plan with a proposed date for the close of discovery.

           Dated:  March 12, 2010          _____
                                           HON. JAMES WARE
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER            4                    Case No. 09-cv-5719-JW (PVT)
CONTINUING CMC

**PROOF OF SERVICE**

The undersigned certifies that, on March 10, 2010, he caused the document titled STIPULATION AND [PROPOSED] ORDER CONTINUING THE MARCH 29, 2010 CASE MANAGEMENT CONFERENCE to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael J. Aschenbrener<br>
Michael J. Aschenbrener