1  DAVID PARISI - SBN 162248
   dcparisi@parisihavens.com
2  PARISI & HAVENS, LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California 91403
   Telephone: (818) 990-1299
4

5  JAY EDELSON
   jedelson@edelson.com
6  MICHAEL J. ASCHENBRENER
   maschenbrener@edelson.com
7  BENJAMIN H. RICHMAN
   brichman@edelson.com
8  EDELSON MCGUIRE, LLC
9  350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
10 Telephone: (312) 589-6370
   Fax: (312) 589-6378
11

12 ATTORNEYS FOR PLAINTIFF

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 | JASON STANDIFORD, an individual, on         ) Case No. 09-cv-5719-JW
     behalf of himself and all others similarly  )
18 | situated,                                   ) **STIPULATION AND**
                                                 ) **[PROPOSED] ORDER**
19 |               Plaintiff,                    ) **SELECTING ADR PROCESS**
                                                 )
20 | v.                                          ) [ADR L.R. 3-5(c)]
                                                 )
21 |                                             )
     PALM, INC., a Delaware corporation, and     ) Action Filed: December 4, 2009
22 | SPRINT SPECTRUM L.P., and DOES 1-50,        )
     inclusive,                                  )
23 |                                             )
                                                 )
24 |               Defendants.                   )
                                                 )
25

26

27

28

Pursuant to ADR Local Rule 3-5(c), plaintiff Jason Standiford, defendant Palm, Inc. and defendant Sprint Spectrum L.P. (collectively, the "parties") hereby stipulate and agree as follows:

1. The parties agree to engage in mediation with a private mediator on a mutually agreed date, to be determined.

Dated: April 12, 2010     EDELSON MCGUIRE, LLC

By: /s/ Michael J. Aschenbrener
    MICHAEL J. ASCHENBRENER

Attorneys for Plaintiff

Dated: April 12, 2010     SHEPPARD MULLIN RICHTER & MULLIN LLP

By: /s/ Neil A.F. Popović
    NEIL A.F. POPOVIC

Attorneys for Defendant Palm, Inc., Defendant Sprint Spectrum L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties are to hold the ADR session within 90 days from the date of this order.

Dated: April 14, 2010

_____
HON. JAMES WARE
United States District Judge