**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JASON STANDIFORD, et al., ) | Case No.: 09-CV-05719-LHK |
| Plaintiffs, ) | ORDER REGARDING ADR |
| v. ) | |
| PALM INC., et al., ) | |
| Defendants. ) | |

On October 6, 2010, the parties filed a stipulation stating that they will engage in private mediation with the Honorable Ronald M. Sabraw of JAMS on November 22, 2010.  The Court therefore orders that this matter be re-assigned from Court-sponsored ADR (to which it was previously assigned) to private mediation, as requested by the parties.  The deadline for mediation remains December 20, 2010.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-cv-05719-LHK
ORDER REGARDING ADR