DAVID PARISI - SBN 162248
dcparisi@parisihavens.com
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299

JAY EDELSON
jedelson@edelson.com
MICHAEL J. ASCHENBRENER
maschenbrener@edelson.com
BENJAMIN H. RICHMAN
brichman@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JASON STANDIFORD, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware corporation, and SPRINT SPECTRUM L.P., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 09-cv-5719-LHK<br><br>**PARTIES' NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE DEADLINES WITHOUT PREJUDICE**<br><br>Action Filed: December 4, 2009 |

# NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION TO VACATE DEADLINES WITHOUT PREJUDICE

Plaintiff Jason Standiford and Defendants Palm, Inc. and Sprint Spectrum L.P. (the "Parties") hereby give notice to the Court that the Parties have reached an agreement in principle that will resolve all claims alleged against Defendants in this matter on behalf of Plaintiff Standiford and a putative class of similarly situated individuals. The Parties anticipate that they will present the Court with their proposed class action settlement agreement and motion for preliminary approval no later than December 17, 2010.

In light of their agreement in principle to resolve the claims in this matter, pursuant to L.R. 6-2, Plaintiff Jason Standiford and Defendants Palm, Inc. and Sprint Spectrum L.P. HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. All pending deadlines, including all discovery deadlines and cut-off dates, Defendants' deadline to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint, and Plaintiff's deadline to move for class certification are hereby vacated without prejudice. The parties shall file the proposed settlement and motion by December 17, 2010. If not received by this date, the Court will re-set case schedule deadlines.

IT IS SO STIPULATED.

Dated: November 1, 2010         **JASON STANDIFORD**, individually and on behalf of all others similarly situated

                                By: /s/ Benjamin H. Richman
                                    One of Plaintiff's Attorneys

Dated: November 1, 2010         **PALM, INC. and SPRINT SPECTRUM L.P.**

                                By: /s/ Neil A.F. Popovic
                                    One of Defendants' Attorneys

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: ___November 5, 2010_____        _/s/ Lucy H. Koh_
                                        Hon. Lucy H. Koh