**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JASON STANDIFORD, et al., ) | Case No.: 09-CV-05719-LHK |
| Plaintiffs, ) | ORDER REGARDING SCHEDULE |
| v. ) | |
| PALM INC., et al., ) | |
| Defendants. ) | |

On November 1, 2010, the parties in this case stipulated that they would finalize a proposed settlement and motion for preliminary approval of this agreement by December 17, 2010. Today, the parties contacted the Court to report that they would not meet the December 17, 2010 deadline.

By Wednesday, December 15, 2010, the parties shall file either an explanation for why they cannot meet the December 17, 2010 deadline, along with a new, prompt, proposed deadline for filing the proposed settlement and motion, or a joint proposed case schedule (including deadlines for class certification, discovery cutoff, summary judgment motions, and proposed pretrial conference and trial dates) so that the Court may re-set a schedule in this case.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
LUCY H. KOH
United States District Judge