# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JASON STANDIFORD, et al., | Case No.: 09-CV-05719-LHK |
| Plaintiffs, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| PALM INC., et al., | |
| Defendants. | |

On October 5, 2011, the parties filed a Joint Case Management Statement indicating that they anticipated that a formal settlement agreement will be signed within the next 15 days. ECF No. 71.  The case management conference set for October 12, 2011 is hereby continued to November 16, 2011 at 2:00 p.m.  Plaintiffs shall file their motion for a preliminary approval of the class action settlement no later than Thursday, November 10, 2011.  Plaintiffs should contact the Courtroom Deputy and obtain a hearing date for their motion at that time.  Once Plaintiffs file their motion for preliminary approval, the Court will vacate the case management conference date and reset the conference date to coincide with the hearing date on the motion for preliminary approval.  If Plaintiffs do not file their motion for preliminary approval of the class settlement by November 10, 2011, the November 16, 2011 case management conference will go forward as planned.

1

Case No.: 09-cv-05719-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1   **IT IS SO ORDERED.**

2   Dated: October 7, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 09-cv-05719-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE