RECEIVED

OCT 05 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON STANDIFORD<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., and SPRINT SPECTRUM L.P.,<br><br>Defendant. | CASE NO. 09-cv-05719-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jay Edelson , whose business address and telephone number is

Edelson McGuire, LLC
350 N LaSalle, Suite 1300
Chicago, IL 60654

and who is an active member in good standing of the bar of the Supreme Court of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Jason Standiford

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 14, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge