UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON STANDIFORD, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PALM, INC., a Delaware corporation, and SPRINT SPECTRUM, L.P., a Delaware limited partnership, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 09-cv-5719 LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO LODGE CLASS COUNSEL'S TIME RECORDS FOR *IN CAMERA* REVIEW |

The Court, having fully considered Plaintiff's Administrative Motion to Lodge Class Counsel's Time Records for *In Camera* Review, as well as all other matters properly available to the Court, hereby orders as follows:

The Motion is GRANTED. Good cause being shown, Plaintiff is granted leave to lodge Class Counsel's time records with the Court at the May 31, 2012, final fairness hearing.

SO ORDERED AND ADJUDGED.

Dated: May 31, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE